Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANITA KUNZMAN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>**SUNDAE FUNDING, INC.**, a Delaware corporation, and **SUNDAE, INC.**, a Delaware corporation,<br><br>Defendant(s). | Case Number: 4:22-cv-06991-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Anita Kunzman hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: March 13, 2023            By: */s/ Rachel E. Kaufman*
                                       Rachel E. Kaufman
                                       KAUFMAN P.A.
                                       *Attorney for Plaintiff and the Proposed Classes*

Page **1** of **1**